UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | 1:19-cv-00060-GSA-PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO SEND PLANTINFF A COPY OF THE DOCKET<br><br>(ECF No. 7.) |

　　　　Pedro Rodriguez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2019, Plaintiff filed a change of address and request for status of his case. (ECF No. 7.) Plaintiff's address remains the same.

　　　　The Clerk of the Court is HEREBY DIRECTED to send Plaintiff a copy of the docket for this action.

IT IS SO ORDERED.

　　Dated: __October 15, 2019__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE