UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 1:19-cv-00060-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE<br><br>(Doc. No. 34) |

      Plaintiff Pedro Rodriguez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 7, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to comply with the court's order issued on June 29, 2020.  (Doc. No. 34.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id*.)  On July 8, 2021, plaintiff filed a motion seeking an eighth extension of time in which to comply with the court's June 29, 2020 order.  (Doc. No. 35.)  On July 30, 2021, the assigned magistrate judge denied plaintiff's motion in this regard, finding "no good cause to grant Plaintiff's motion" and "no evidence of an injury so

1

severe that he cannot prepare an amended complaint and mail it to the court." (Doc. No. 36.)  To date, no other objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 7, 2021 (Doc. No. 34) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 31, 2021**                              _Dale A. Drozd_
                                                         UNITED STATES DISTRICT JUDGE

2